Travis Wayne Wolverton
_____
Name

FILED

JAN 10 2020

Clerk, U.S. District Court
By: _____ Deputy Clerk

501 SE 8th Ave  Topeka, Kansas  66607
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| Travis Wayne Wolverton , Plantiff<br>*(Full Name)* | CASE NO. 20-3012-SAC<br>*(To be supplied by the Clerk)* |
|---|---|
| V. | |
| Shawnee County Department of , Defendant (s)<br>Corrections | CIVIL RIGHTS COMPLAINT<br>PURSUANT TO 42 U.S.C.<br>§1983 |

## A.  JURISDICTION

1) Travis Wayne Wolverton , is a citizen of Kansas
   *(Plaintiff)*                                           *(State)*

   who presently resides at 501 SE. 8th Ave
   *(Mailing address or place*

   Topeka, KS 66607 .
   *of confinement.)*

2) Defendant Shawnee County Department of Corrections is a citizen of
   *(Name of first defendant)*

   ~~XXXX XXXX~~ N/A _____, and is employed as
   *(City, State)*

   _____. At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☒ No ☐.  If your answer is "Yes", briefly explain:

   Defendant is a state funded and ran facility.

   _____

1

XE-2 8/82              CIVIL RIGHTS COMPLAINT §1983

3) Defendant <u>Corrections Officer Grubb</u> is a citizen of
(Name of second defendant)

<u>Topeka Kansas</u>, and is employed as
(City, state)

<u>Corrections Officer At the Shawnee County D.O.C.</u> . At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes ☐  No ☒ . If your answer is "Yes", briefly explain:

<u>N/A</u>

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

<u>N/A</u>

_____

B.  NATURE OF THE CASE

1) Briefly state the background of your case:

My job at the Shawnee County DoCoC was to monitor inmates in the mental health Module. While at work Corrections Officer Grubb called from central to inform me I had to leave the table we were at or I was to be fired. We just finished our prayers and were about to start a conversation about our Lord and Savior. Prior to this she has threatened my job due to my Bible. She has continually harassed me about my religion and the jail officials have been Protecting her. I have tried to exhaust all legal remedies on the Chain of command and file grievances and for some reason all documents pertaining to the incident are lost and never returned to me. Along with all this I am also being denied Law Library.

2

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

## C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been

   violated and that the following facts form the basis for my allegations: (If necessary you

   may attach up to two additional pages (8h" x 11") to explain any allegation or to list

   additional supporting facts.)

A) (1) Count I: 1ˢᵗ Amendment : Violated my Right to express myself
   Religiously.
   _____

   (2) Supporting Facts: (Include all facts you consider important, including names of

   persons involved, places and dates. Describe exactly how each defendant is involved.

   State the facts clearly in your own words without citing legal authority or argument.):

   C.O. Grubb on multiple occasions threatened my job due to my
   Religion. I have numerous witnesses who will attest to her
   persecution against me.  C.O. Hyiatt, C.O. Miller,
   C.O. Phelps, C.O. Edmonds will all be witnesses to (See attached document for Count 1)
   the events on the about day of November 26ᵗʰ
                                              2019

B)  (1) Count II: Cruel and Unusual Punishment
    _____
    _____

    (2) Supporting Facts: Several attemps were made to resolve this
    issue and have been ignored. I have tried to contact
    jail officials for legal resources and again have been ignored.
    Multiple Corrections Officers will testify to seeing those request
    forms also.

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

C) (1) Count III: _N/A_

_____

_____

(2) Supporting Facts: _N/A_

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _N/A_

   Defendants: _N/A_

   b) Name of court and docket number _N/A_

   _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

   _____

   d) Issues raised _N/A_

   _____

4

e) Approximate date of filing lawsuit ___N/A_____

f) Approximate date of disposition ___N/A_____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I exhausted every legal remedy on the chain of command inside the jail and attached the documents to a grievance form. My grievance somehow got misplaced by the officials of the jail. I have several officers who will confirm witnessing me exhausting said administrative remedies.

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$1,200,000.⁰⁰

_____
Signature of Attorney (if any)

_Jarris Wayne Wolrector_
Signature of Plaintiff

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

## Count 1

On or about the 26th Day of November 2019, I was at work in the mental health module here at the Shawnee County Department of Corrections. I spoke with Corrections officer Phelps and Edmonds in regard to a bible study we were about to conduct. Like always, they had no issues with us practicing our religion and talking about Jesus. Several inmates were in attendance and only one inmate I was in charge of was not in the group. He was in the shower therein all close observations inmates were okay and accounted for. We just concluded our initial and I was asking a few inmates questions about a certain character in the Bible when C.O. Phelps approaches the table and informs me that Control called and said I must leave that table or I would no longer have a job. She stated I could not discuss God at work. The day previous to this, November 25th 2019, The same woman called C.O. Hyiatt in the hallway while I was on my way to work and demanded I be searched and my Bible be taken from me. C.O. Hyiatt conducted a search and didn't not find a Bible. This was not enough for C.O. Grubb so she demanded C.O. Miller inside the Module to search my person again. Said I was in possession of Contraband. The word of God is NOT contraband. Both officers informed her that I was not in possession of my Bible. I addressed the issue during Mass Cell Searches on the day of November 26th 2019 and she yelled in a very demented manner, "Shut Up". The officer who Hired me and trained me goes by the name Mrs. Edna. She encouraged me to spread the Gospels of Jesus Christ. Mrs. Edna told me to bring as much cheer as I could to those gentlemen. When C.O. Grubb committed these acts against me, she made it abundantly clear that my constitutional right to Religious Freedom exempt from persecution meant nothing. I have tried on several occasions to resolve this and none of the jail officials seem to care. All the requests to formally resolve this have been ignored. They can try to argue they never received said documents however fellow corrections officers will confirm I am speaking only in truth.

Count 2

After the alleged incident in Count 1, I have tried several times to come into contact with the proper personnel to access legal materials from the jails law library. I wrote inmate request forms to the Programs division inside the jail asking for a Copy of the Prisoner Litigation Reform act along with a Copy of the Constitution with all its written amendments. All attempts to contact said personnel have been ignored. I have also tried to resolve the issue from Count 1. I exhausted every legal remedy at my disposal and continually get ignored. On December 31st Corrections Officer Applehauns witnessed and read request forms to Major McHardy, Captain Parker and Lieutenant Lonneberg. He documented my fear of documents being destroyed in his shif log. On 1/1/2020 at 9:00am I also spoke with Lieutenant Woerley in regard to the Grievance that was never returned to me and he stated he never saw it. On 1/1/2020 C.O. Phelps, who was mentioned in Count 1, witnessed me sending a request to Director Cole and signed the bottom as a witnessing party to said documents. On 1/4/2020 C.O. Phelps also witnessed 3 additional Requests going out. This officer was a witness to the original offense and also witnessed me trying to exhaust my right to legal materials after the incident in Count 1. I have tried 6 times to gather legal documents and the jail officials have made it impossible to gain these materials. In the rule book at the jail it states all inmates shall have access to legal materials. I have proof in the form of a request stating I am not allowed to go without a Court order. In the rule book it does not reflect the same respose Captain Parkers signed request. I should not be denied access to legal materials.